IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| THE CROW CREEK SIOUX TRIBE, a federally-recognized Indian tribe,<br><br>Plaintiff,<br>v.<br><br>THE BUREAU OF INDIAN AFFAIRS OFFICE OF JUSTICE SERVICES,<br><br>Defendant. | Case No. 3:24-cv-3015<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

## INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief. Plaintiff the Crow Creek Sioux Tribe (the "Tribe") seeks the immediate processing and timely release of agency records from Defendant the Bureau of Indian Affairs Office of Justice Services ("BIA-OJS").

2. On January 26, 2024, the Tribe submitted a FOIA request (the "Request") to BIA-OJS seeking records relating to the budget for the Crow Creek Agency BIA-OJS Law Enforcement Services for fiscal years 2018-2023. The Request seeks information necessary for the Tribe to understand and determine the categories and amount of funding for law enforcement services for the Tribe.

3. To date, BIA-OJS has not released any responsive records.

4. The failure of BIA-OJS to timely identify and release responsive records to the Tribe is consistent with Defendant's overall failure to fulfill its treaty and trust responsibilities to

1

the Tribe to provide adequate and effective law enforcement services. This negligence has resulted in a dire public safety crisis on the Tribe's Reservation.

5. The Tribe now asks the Court for an injunction requiring BIA-OJS to immediately process the Request.

## JURISDICTION AND VENUE

6. The Court has subject-matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). The Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

7. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

8. Plaintiff the Crow Creek Sioux Tribe is a federally-recognized Indian tribe, recognized to have the immunities and privileges available to federally-recognized Indian tribes by virtue of their government-to-government relationship with the United States, as well as the responsibilities, powers, limitations, and obligations of such Indian tribes. *See Indian Entities Recognized by and Eligible to Receive Services From the United States Bureau of Indian Affairs*, 89 Fed. Reg. 944, 945 (Jan. 8, 2024).

9. Defendant BIA-OJS is "the exclusive federal entity charged with maintaining law and order on Indian reservations" that "provides law enforcement services directly to tribes by OJS personnel or by Tribal Police through a self-determination contract or compact." U.S. Dep't of the Interior, *Bureau of Indian Affairs Office of Justice Services*, https://www.doi.gov/oles/bureau-indian-affairs-office-justice-services (last visited Feb. 29, 2024).

10. Defendant BIA-OJS is a component of the Bureau of Indian Affairs and an agency within the meaning of 5 U.S.C. § 552(f).

## FACTUAL BACKGROUND

11. Like many tribal nations across the United States, the Tribe is facing an ongoing public safety crisis on its Reservation that has caused the loss of life and continues to endanger the health and welfare of the Tribe and its members.

12. The Tribe's public safety crisis is a result of the failure of BIA-OJS to adequately carry out its treaty and trust obligations to provide adequate law enforcement services to the Tribe. BIA-OJS law enforcement services on the Tribe's Reservation have been woefully inadequate for a number of years, despite the Tribe's countless attempts to induce action by BIA-OJS to remedy poor staffing, funding, equipment, training, and dispatch response times of its officers.

13. On October 17, 2023, Tribal Chairman Peter Lengkeek and legal counsel for the Tribe met with Special Agent in Charge ("SAC") for District I of OJS, John Burge, to discuss the Tribe's urgent need for adequate law enforcement services on the Reservation.

14. SAC Burge and the Tribe's legal counsel met again on October 26, 2023, to further discuss the Tribe's public safety crisis. When discussing the Tribe's desire to obtain information and documents relating to BIA-OJS' budget for the Crow Creek Agency BIA-OJS Law Enforcement Services, SAC Burge indicated that he could provide the budget upon request by the Tribe. *See* Exhibit 1.

15. On November 10, 2023, legal counsel for the Tribe requested information and documents relating to the full budget for the Crow Creek Agency BIA-OJS Law Enforcement Services for fiscal years 2018-2023 from SAC Burge. *See* Exhibit 2.

16. SAC Burge did not respond to the November 10, 2023, request.

17. On December 8, 2023, legal counsel for the Tribe again contacted SAC Burge to renew the Tribe's request and inquire when the Tribe could expect a response. *See* Exhibit 3.

18. SAC Burge did not respond to the December 8, 2023, request.

19. On December 15, 2023, legal counsel for the Tribe made a final attempt to obtain a response from SAC Burge regarding the Tribe's request for information and documents relating to the full budget for the Crow Creek Agency BIA-OJS Law Enforcement Services for fiscal years 2018-2023.  *See* Exhibit 4.

20. SAC Burge did not respond to the December 15, 2023, request.

21. On January 26, 2024, the Tribe submitted a FOIA request to BIA-OJS seeking the following records:

> The full budget, and any documents relating thereto, for the Crow Creek Agency BIA-OJS Law Enforcement Services for fiscal years 2018-2023.  This request includes:
>
> (1) Any and all sources of funds, including any grants or special funds; and
>
> (2) the Budget Execution Models for BIA-OJS District I for fiscal years 2018-2023, including but not limited to uniform patrol, dispatch/communications, corrections, and criminal investigations; and
>
> (3) any and all records that include the categories of funding for the Law Enforcement Program for the Crow Creek Sioux Tribe, including but not limited to employee benefit costs, employee bonuses, administrative staff, and any other category where BIA-OJS separates funding for expenditures used on behalf of the Crow Creek Sioux Tribe; and
>
> (4) any and all records that calculate Tribal Shares for the Crow Creek Sioux Tribe; and
>
> (5) funding calculations and amounts for the Missing and Murdered Unit that BIA-OJS uses on behalf of the Crow Creek Sioux Tribe for fiscal years 2018-2023; and
>
> (6) funding calculations and amounts for drug investigations that BIA-OJS uses on behalf of the Crow Creek Sioux Tribe for fiscal years 2018-2023; and

4

    (7)    any and all records reflecting how BIA-OJS calculates the salary for each full-time law enforcement officer under uniform patrol.

22. On January 26, 2024, the Department of the Interior acknowledged receipt of the Request and assigned it reference number DOI-BIA-2024-000340.

23. On January 29, 2024, the Request was assigned for processing.

24. On February 5, 2024, SAC Burge confirmed to legal counsel for the Tribe that the Tribe's FOIA request had been received and was being processed.  *See* Exhibit 5.

25. To date, BIA-OJS has not released any information or documents in response to the Request.

26. Under the statute, BIA-OJS has twenty (20) working days to respond to a request. *See* 5 U.S.C. § 552(a)(6)(A)(i).  Far more than twenty (20) working days have passed since the Tribe submitted the Request.  Thus, the statutory time-period has elapsed.

27. Pursuant to 5 U.S.C. § 552(a)(6)(C)(i), the Tribe is deemed to have exhausted its administrative remedies with respect to the Request upon BIA-OJS' failure to comply with the applicable time limit.

## CAUSE OF ACTION

28. Plaintiff reincorporates the allegations in all preceding paragraphs.

29. Defendant is obligated under 5 U.S.C. § 552(a)(6)(A)(i) to make a determination and promptly produce documents responsive to the Tribe's Request within twenty (20) working days.

30. Defendant is obligated under 5 U.S.C. § 552(a)(3)(A) to make responsive records promptly available.

31. Defendant has failed to promptly produce responsive records.

32. Defendant's failure to make a determination within the statutory time frame and promptly produce responsive records violates 5 U.S.C. §§ 552(a)(3)(A) and (a)(6)(A)(i).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. Order Defendant to immediately process and release and responsive records;

2. Award Plaintiff its costs and reasonable attorneys' fees incurred in this action; and

3. Grant such other relief as the Court deems just and proper.

Dated this 23rd day of May 2024.

        CROW CREEK SIOUX TRIBE,
        a federally-recognized Indian tribe,

By:   /s/ Michelle M. Fox
       Michelle M. Fox
       CEDAR TREE NATIVE LAW
       P.O. Box 637
       Omaha, NE 68101
       Ph: (531) 200-6945
       Fax: (602) 223-1739
       Email: MFox@cedartree-nativelaw.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
THE CROW CREEK SIOUX TRIBE, a federally recognized Indian Tribe

**DEFENDANTS**
THE BUREAU OF INDIAN AFFAIRS OFFICE OF JUSICE SERVICES

(b) County of Residence of First Listed Plaintiff: Buffalo County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Michelle M. Fox, Cedar Tree Native Law
P.O. Box 637, Omaha, NE 68101

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- [x] 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 U.S.C. § 552

Brief description of cause:
Seeking immediate processing and timely release of agency records from BIA OJS.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: May 22, 2024
SIGNATURE OF ATTORNEY OF RECORD: /s/ Michelle M. Fox

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____