UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| THE CROW CREEK SIOUX TRIBE, a federally recognized Indian Tribe, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> THE BUREAU OF INDIAN AFFAIRS OFFICE OF JUSTICE SERVICES, <br> Defendant. | 3:24-CV-03015-ECS <br><br><br><br> ORDER |

The parties have alerted the Court to a delay in concluding this matter due to the Government shutdown. The parties jointly request an extension of the deadline for filing their stipulation of dismissal to thirty days after the Government reopens. Good cause appearing, it is hereby

ORDERED that if there is nothing further for the parties to litigate, the parties must file their stipulation of dismissal no later than thirty days after the Government reopens.

DATED this 27th day of October, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE