UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| CROW CREEK SIOUX TRIBE, a Federally-recognized Indian Tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF INDIAN AFFAIRS OFFICE OF JUSTICE SERVICES,<br><br>    Defendants. | Civil Action No. 3:24-3015<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

    Defendant United States Bureau of Indian Affairs Office of Justice Services and Plaintiff Crow Creek Sioux Tribe, by and through undersigned counsel, respectfully submit this stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties, on behalf of counsel, stipulate that this matter may be dismissed with prejudice and that the attorney fees pursuant to the Court's order in the amount of $26,674.00 have been paid.

    Dated this 15th day of December, 2025.

                                                      RONALD A. PARSONS, JR.
                                                      United States Attorney
                                                      */s/ Stephanie C. Bengford*
                                                      STEPHANIE C. BENGFORD
                                                      Assistant United States Attorney
                                                      P.O. Box 2638
                                                      Sioux Falls, SD 57101-2638
                                                      (605) 330-4400
                                                      Stephanie.Bengford@usdoj.gov

    Dated this 15th day of December, 2025.

                                                      CROW CREEK SIOUX TRIBE,
                                                      A federally-recognized Indian tribe,

                                                      */s/ Michelle Fox*
                                                      Michelle M. Fox
                                                      CEDAR TREE NATIVE LAW
                                                      P.O. Box 637
                                                      Omaha, NE 68101
                                                      (531) 200-6945
                                                      MFox@cedartree-nativelaw.com